10.5.07

To whom it may CONCERN.

ON EASTER MORNING (07),
I, Lafayette Johnson III
Received a call that A.P.D.
had surrounded my
cousin house. (Robert
Moses) I proceeded over
there and saw A.P.D. was
on the scene.
I Approch the nearest
officer, as A.P.D. had half
the street Blocked, and
Identified myself as a
family member. I was
trying to Find out what
going on. The officer
would not give me any
information and told me
to get back. APD had all
kind of weapons drawn.
After about 30 minutes,
A.P.D. started leaving the
scene. I, again tried to
get some information from them.

Plaintiff's Exhibit A Page 1 of 4

A.P.D. again would not tell me anything. I was on a cell phone and the a Sergent (I don't know his name, but ented him). Drove past me and asked if I talking to Robert. I told him No. The Sergent told I was lying and tell Robert we have his wife Down town and he was the only that could get her out. The sergent would not tell why Dorris was arrested. The sergent was laughing like it some kind of joke.

When the street (Lisa street) became clear, I proceeded to leave. As I was driving down lisa street, I passed the first officer in his patroll car. He instantly started following me. I turned on Mansura st and they hit the lights on me.

Plaintiff's Exhibit A Page 2 of 4

As soon as I stopped about 6 to 8 patrol car surrounded me with guns drawn and yelling me to freeze. I was scared out of my mind because I thought was about to be shoot. I was told to get my hand up. They proceeded to handcuff me and search me down. all the time with guns on me. (This was the same officer I was talking to 30 minutes ago.) Finally after running a I.D. check on me, they uncuffed me. a captain came to me and started saying something about Robert was in the truck I was driving. I was still saking but told him I did not believe him because AIPD wasomeone wathing Roberts house and I just left there. (Robert was not

Plaintiff's Exhibit A Page 3 of 4

in the truck.
    The Captain finally
told ME ROBERT had a
gun charge in New Orleans.
I told him that ROBERT
had been to New Orleans
to take care of that.
He did not believe me.
    A.P.D. aressted Chris
Clark who was with me the
whole time, from Beginning to
end.
    AS the A.P.D. was
leaving, that same sergent
stopped and started cracking
jokes about aressting Chris
and Dorris. He really had
no class.
    These are the events
that happend that
morning, as best to my
Knowlegde.

        [signature]

Plaintiff's Exhibit A Page 4 of 4