Alexandria
All-America City

Alexandria Police Department
Thomas Cicardo, Chief of Police
Phone: 318-449-5099
Fax: 318-449-5196



City of Alexandria, Louisiana 71309-0071

Edward G. Randolph, Jr., Mayor

05-17-99
1417 HOURS

LOCATION:       CAPT. WHITEHURST'S OFFICE.
INTERVIEWERS:   CAPTAINS HAY AND WHITEHURST.
INTERVIEWING:   ████████ M. ████████, 16 YEARS OF AGE. ███████████████████████████████████████████ ███████████████████████████████████████████ ███████████████████████████████████████████ 10TH GRADE.  ALSO PRESENT IS HIS MOTHER MS. ███████ ████████, SAME ADDRESS AND PHONE NUMBER AND MS. BETH FOOTE, AN ATTORNEY IN THE MATTER.

(INTERVIEW CONDUCTED BY CAPT. HAY UNLESS NOTED)

Q; Okay, before we go any further ████████, you understand that I am recording this interview?

A; Yes sir.

Q; Okay. Does that create any problem for you?

A; No sir.

Q; Alright sir. You were issued a traffic citation on the night of ah, I want to say the ninth of May, 1999 at about 10:20 P.M.. Is that correct?

A; No sir, the time is different.

Q; Alright. What time ... well, that was when you were issued the citation. Ah, it indicates on our report here that it started about 9:45. Would that be more accurate?

A; Yes sir.

Q; Okay.

A; That was about the time that I got issued.

Q; Alright. Just in your own words, could you tell me what you were doing immediately prior to this and what happened leading up to your stop and eventual arrest?

A; Yes sir. I was working at Broussard's Exxon Sunday night from two to nine and we close at 9:00 and we had closed a little early and I had clocked out at 8:45 and I went to Tish Gooden's house to find a friend cause I had to talk to him about something and then I talked to him till about 9:15 and I was on my way home going down Lark and I gone ... gotten to the stop sign and I looked both ways and I saw a car on my right coming and I judged the distance being that if I had pulled out that an

A; ... accident wouldn't have occurred. So I pulled out and I see that the lights were flashing in my mirror so I looked back and I see that this car was on my tail and was trying very hard to slow down. So I kept going the speed limit and I went to the second stop sign and kept going towards my house and ah, as I turned left on Windemere I saw that he had kept ... he was following me, behind me with his brights still on.

Q; Was it ... was he flashing his lights or just his lights were on?

A; No sir, it was just his lights were on. And ah, I went all the way down Windemere to the circle and Hunters Grove to ah, see if he was either following me or if he either lived up in that area and as ah, as I was circling in I went back up the way that I came just to make sure if he lived back there or not and he was still following me so I ah, didn't want to go home because I was scared cause I didn't know who it was. And ah, I was going and I thought I could lose him in Charles Park by making circles through the streets and ah, going up and down and ah, so I sped up to try to lose him and when he was still following me ah, I decided that I should go to a lighted up place with a lot of people and I thought about the Gate on Jackson Street. And so ah, I was on the street in front of Nachman ... I don't know what that ... is that Wakefield or ... it was on Wakefield going towards Castle Road and Heyman and ah, I went to ah, I caught the light and I went down ...

Q; When you say, caught the light, was it red ...

A; It was green.

Q; It was green?

A; Green.

Q; Okay.

A; And I went down Castle Road and went all the way down to the service road and I was going towards Jackson and I got to ah, the gas station that's on the corner of Jackson and the service road but ah, the lights were on and nobody was there and so I went through the parking lot, got back on Jackson and was heading towards the Gate and there were no other gas stations or any other big public areas where there was a lot of people open. So I kept going and then I looked back and I see that two officers are behind the car that was following me with their lights on so I immediately pulled over on ah, Wimbledon and got off on Parliament to get out of the street. And I parked on the corner of Parliament and Wimbledon and the car just parked on Wimbledon and two police officers came and parked, one on my side and one behind me in front

A; ... of the other car and ah, I was going to get out and ask the officers and tell them that this man was stalking me and I didn't know what to do but when ... as soon as I had parked the car and turned it off, I turned around and my door was already open and there this man standing in the doorway and he took me by the shirt and threw me on the ground and asked me why I had to drive like that and he started cursing at me and he hit me.

Q; What did he say?

A; He was like ah, ~~fuck~~ this dude, ~~fuck~~ that, we don't need this, let's get his car towed and all that.

Q; He was saying this to the uniform officers or to you?

A; He was saying this to me.

Q: Okay.

A; And ah, he pinned me on the ground and he started hitting me in my back two or three times and by then the officers had gotten out of the car and put handcuffs on me and ah, I stood up and he was ... he went to his car and made a phone call to Broussards Wrecker to come and the officer took me downtown, put me in the back of his car and I ah, I had asked him if he was going to call my mom and he said that the ... that they would call from downtown and ...

Q; Okay, the officer that put you in the car, is he the same one you rode in the car that they put you in downtown?

A; Yes sir.

Q; Okay, this is the officer that you said had short, kind of red hair?

A; Yes sir.  And ah, still ... I still didn't know who was following me and ah, I was kind of shaken up after all that happened and ah, they set me in a car and I was watching them and Rachal went in my car and got stuff out of the glove compartment and I don't know, he was looking around in it and then the officer came back, stood me up and asked me if I had a license on me and I said yes sir and I couldn't get it because of the handcuffs so he got it and looked ... took it out and put my wallet in my front pocket. And he had asked me if I had been drinking or anything and I said, no sir and if you needed to, you could call ah, a breathilyzer test in, I'd take it and he didn't say anything and so he put me back in the car and the wrecker came. And ah, I don't know if Rachal left before us or we left before Rachal but I knew we, we were going downtown. And ah, my car hadn't been towed yet and we left and ah, we were going and he was just ... and the

A; ... officer was asking me you know, what school I went to and where I worked and how old I was. And, and still I really didn't know who was following me ah, and then I got to downtown and Rachal was already there and so I went inside and he was, he was talking to me and ah, the other man that was riding with him was sitting on the other side of me, he never talked, and Rachal started writing a ticket but he said that he didn't have one and so the officer that took me downtown went and got him some tickets and he started writing it out and he wrote ... he started writing the report and he was asking me what roads we had gone along and he started mapping it out and wrote that down in the report and when he was doing that, the man across from me, the other guy in Rachal's car started asking me the same thing like where I go to school and how old are you and ....

Q; This ... where did this take place?

A; This was in the city court in the ...

Q; In the lounge?

A; In the lounge where the Coke machines are.

Q; Okay.

A; And at that time my mom had come in with Tish Gooden and her daughter and ah, ah, Rachal was telling my mom that how I ran a stop sign and then he went and told her that I had ran thirteen stop signs and I had excessive speed and ah, reckless operation and he didn't tell her anything else and he, he said that he would ah, only write me up for reckless operation cause he'd be sitting there all night writing tickets and so ah, after he wrote the ticket, I signed it and that was it. That's the only thing I signed. And the police officer took the handcuffs off and we had left and we went back home and we went and got my car.

Q; Okay. Let's go back to when you got stopped. Well let's, let's go back, back track even further than that. Basically you're telling me you rolled up to a stop sign and then stopped. You went on through it?

A; Yes sir.

Q; Okay. You thought that you had enough time to make it without creating a problem, if I understand what you're telling me correctly?

A; Yes sir.

Q; Okay. This car that was approaching you from your ...

Page 5

A; Right.

Q; ... right. Okay. Did he have to slam on his brakes, lock up his brakes or what? Earlier you told me that the, the nose of the car had gone down a little bit so that would indicate that he pretty well had to slam the brakes on. Would you or would you not agree?

A; Ah, I agree but I didn't hear any wheels screeching or any of that.

Q; I understand. There's no problem with that. Okay and so at that point he, he flashed his lights at you and you continued on towards your home?

A; Yes sir.

Q; And he continued to follow you?

A; Yes sir.

Q; Was this at a normal driving rate or were you going faster or was he ... did he ever pull up beside you and try to make you pull over?

A; No sir, it was at a normal driving.

Q; Okay. You went to the next intersection and you stopped at a stop sign or did you roll through it?

A; Yes sir ah, I stopped at the stop sign.

Q; Okay and then you turned on Windemere and that's when you decided that you had a problem?

A; Well there two stop signs before I get to Windemere and I got to that one and I took a left and then from there on it wasn't regular driving.

Q; Okay. How fast in your estimation, did this thing get into? Are we talking sixty to seventy? Fifty to sixty? Just how fast do you think you were going or do you know how fast you were going?

A; Fifty to sixty.

Q; Alright. The car that was following you, did it maintain pace with you?

A; Yes sir.

Q; He kept up with you?

A; Yes sir.

Q; In other words, if you blew a stop sign, he blew a stop sign?

A; Yes sir.

Q; Is that correct?

A; Yes sir.

Q; Alright. When you approached these stop signs, did you stop, slow down or just continue on?

A; I slowed down and I then I went.

Q; Alright. When you say you slowed down, how, how much did you slow down Chris?

A; About twenty miles an hour.

Q; And then you took off again?

A; Yes sir.

Q; The vehicle behind you did the same thing?

A; Ah, no sir he pretty much went right through it.

Q; Alright. What type of vehicle was this chasing you?

A; Ah, it was a Black Tahoe or Yukon.

Q; Black sports utility?

A; Yes sir.

Q; And this continued ... how fast did you get up your speed on MacArthur Drive service road? Do you know?

A; Ah, it was ... I really don't know.

Q; Okay. Did you ever see any flashing of the headlights or any blue light or anything of that nature during this initial little chase?

A; No sir.

Q; Okay. You did see blue lights on Jackson Street prior to you

Q; ... pulling over?

A; Yes sir.

Q; Okay. You got off work you said about 8:45?

A; Yes sir.

Q; Did the station close?

A; Yes sir.

Q: Alright. When you saw the blue lights on Jackson Street, where were you?

A; I was in front of Broussards Exxon.

Q; Why didn't you just pull up in that lot there?

A; Because I was slowing down.

Q; Okay but you turned .... if I understand you, you turned right on ...

A; I was ... I had seen him when I was directly in front and ...

Q; But, but did you turn right there at the intersection?

A; Yes sir.

Q: And then you went on down a block and turned right on Parliament?

A; Yes sir.

Q; Okay. My question is, you had slowed down to make the right hand turn? The marked units were behind you at that point?

A; Yes sir.

Q; Why didn't you pull into the service station there?

A; Ah, I had just noticed them when I was almost at the corner and when I pulled over I saw them and I was making sure that they were coming behind us and then I turned by and I was at Parliament and I turned over on that.

Q; Could you have pulled into Broussards?

A; No sir.

Q: Why not?

A; I was going way too fast.

Q; Okay.
A: I'd have flipped myself if I tried to make a turn right there.

Q; Okay, even the second entrance up there close to the old telephone company?

A; Yes sir, cause there's no cars in the other lane so I took a broad turn and ah, I was going probably about thirty five on the turn and when I, when I saw him, I looked, I turned around and I was making sure, I was looking in the mirror to make sure the police were coming following us because ... going through it and so at that time, there's no place to turn in so I went and turned right on Parliament.

Q; Okay. Do you have a cell phone in your vehicle?

A; No sir.

Q; Ah, any way of communicating with anyone?

A; No sir.

Q; Captain?

Q; (Whitehurst) The ah, the vehicle nose down at the initial beginning of this when the ... when you ran that stop sign? Okay. Was it hot out that night? Did you have the air conditioner on?

A; Ah, no sir I always drive around with my windows down in there.

Q; (Whitehurst) Do you have a boom box in your car? Radio?

A; No sir.

Q; (Whitehurst) Okay. One of the very few. Okay. That's all I've got right now.

Q; Okay. Ah, is there anything you can think of that you want to say that you haven't said or that we haven't asked you concerning this incident? I have a question. Let's back up. Did, did Rachal ever identify himself as a police officer?

A; No sir.

Q; Okay, so when did you first know he was a police officer?

Page 9—▮▮▮▮▮▮▮▮▮▮

A; When I saw him sitting down in downtown.

Q; That's down in, in the lounge when he was writing the citation?

A: In the lounge, yes sir.

Q; Prior to that he never you he was a police officer?

A; No sir.

Q; Okay. Did ... and on tape, did you have ... do you have a problem with any of the uniform guys that were out there that night or your complaint is with Rachal and Rachal alone?

A; Yes sir.

Q; Again I ask you, is there anything you want to add?

A; No sir.

Q: Okay, that concluded the incident that night?

A; Yes.

Q: Okay. You received medical attention, did you not?

A; Yes sir.

Q; When was that?

A; Ah, on the (unable to understand).

Q; Was it the same night?

A; No sir.

Q; Okay. What type of injuries did you have?

A; I had a, a large scrape on my right cheek and my head was busted open on ... right here.

Q; When you say busted open, did it require sutures or stitches?

A; No sir but it was, it was an open wound. It was bleeding pretty bad.

Q; And do you know what that resulted from?

A; Ah, being thrown on the concrete and hitting my head on it.

Page 10

Q; Okay.

A: And ah, I had fist marks bruises in my back and ...

Q; And that has all since healed?

A; Yes sir.

Q; Everything you told me true and correct to the best of your knowledge?

A; Yes sir.

Q: State your name, your age and your address?

A; ████████████████████, I'm sixteen years old and I live at ████████████.

Ah, concluded at 1435.

sg