# Provosty, Sadler & deLaunay, APC
## Attorneys and Counselors at Law

| | | |
|---|---|---|
| H. BRENNER SADLER[1]<br>FREDERICK B. ALEXIUS<br>JOSEPH J. BAILEY<br>H. BRADFORD CALVIT<br>CATHERINE G. BRAME<br>JOHN D. RYLAND<br><br>DAVID W. LAMBERT[2]<br>DAVID T. MARLER<br>ELI J. MEAUX<br>JAMES W. STANDLEY, IV | 934 THIRD STREET, SUITE 800<br>P. O. BOX 13530<br>ALEXANDRIA, LOUISIANA 71315-3530<br>TELEPHONE (318) 445-3631<br>TELEFAX (318) 445-9377<br>WWW.PROVOSTY.COM | LEDOUX R. PROVOSTY (1894-1980)<br>RICHARD B. SADLER, JR. (1912-1990)<br>LEDOUX R. PROVOSTY, JR. (1930-1995)<br>WILLIAM H. DELAUNAY, JR. (1938-2010)<br><br>JOSEPH R. MARTIN, OF COUNSEL<br><br>[1]BOARD CERTIFIED IN TAXATION<br>[2]ALSO ADMITTED IN TEXAS |

May 22, 2020

Writer's Direct Dial: 318/767-3133
E-mail: bcalvit@provosty.com

Via Email: brett.grayson@blgraysonesq.com
Brett L. Grayson
850 Kaliste Saloom Rd. Ste. 120
Lafayette, LA 70508

      RE:    Daquarious Brown v. City of Alexandria, et al
               Civil Docket: 1:20-cv-00541
               USDC; Western District of Louisiana; Alexandria Division
               Our File No.:  20-0875.568

Dear Mr. Grayson:

      I am one of the attorneys representing the defendants in the suit filed by Mr. Brown. I note from the records that Mr. Brown was arrested on multiple charges, including a felony. I request that you provide us with any information you may have concerning the prosecution of all charges, particularly, the felony. As you are aware, it is common practice to stay a civil matter pending the outcome of the related criminal investigation or prosecution. Brumfield v. Shelton, 727 F.Supp. 282, 284 (E.D. La. 1989) and Wehling v. Columbia Broadcasting System, 608 F.2d 1084, 1086 (5th Cir. 1979). I request that you telephone me to discuss this matter, in greater detail. In other suits we have set up a conference call with the Magistrate Judge who has entered stay orders without the necessity of filing a motion.

      With kind regards, I remain,

                                     Sincerely,

                                     PROVOSTY, SADLER, deLAUNAY,

                                     H. BRADFORD CALVIT

HBC:mm
cc:    Andy Storer / David Williams / Steven Oxenhandler / Joshua Dara / Steve Mansour

**EXHIBIT 1**