# STATE OF LOUISIANA

NINTH JUDICIAL DISTRICT COURT

IN THE NINTH JUDICIAL DISTRICT COURT IN AND FOR THE NINTH JUDICIAL

DISTRICT, PARISH OF RAPIDES, STATE OF LOUISIANA.

ON THE ___11TH___ DAY OF___SEPTEMBER___, 2020

STATE OF LOUISIANA

VS.

**DAQUARIOUS D. BROWN**

THE UNDERSIGNED ASSISTANT DISTRICT ATTORNEY FOR THE NINTH JUDICIAL

DISTRICT, PARISH OF RAPIDES, LOUISIANA, CHARGES THAT, WHILE IN THE PARISH

OF RAPIDES, LOUISIANA,

**DAQUARIOUS D. BROWN**

COMMITTED THE OFFENSE OF:

COUNT 1:
AGGRAVATED FLIGHT FROM AN OFFICER
R.S.14:108.1 C

COUNT 2:
HIT AND RUN
R.S. 14:100 C(2);

COUNT 1: IN THAT HE DID ON OR ABOUT THE 19TH DAY OF MARCH, 2019 refuse to bring his motor vehicle to a stop knowing that he had been given a visual and auditory signal to stop by a police officer, wherein human life was endangered, in violation of LSA-R.S.14:108.1 C;

COUNT 2: IN THAT HE DID ON OR ABOUT THE 19TH DAY OF MARCH, 2019, intentionally fail to stop to give his identity and to render reasonable aid after becoming involved in an accident, while operating a motor vehicle upon the highways of Rapides Parish, Louisiana, when serious bodily injury is a direct result and when the driver knew or should have known that serious bodily injury had occurred, in violation of R.S.14:100 C(2);

CONTRARY TO THE LAW OF THE STATE OF LOUISIANA AND AGAINST THE

PEACE AND DIGNITY OF THE SAME.

_____
Assistant District Attorney, Ninth Judicial District
CHRISTOPHER S. BOWMAN

CLASS III
FILE NO.: 119-1889

349,775
SECTION 3

MARK WOOD
RAPIDES PARISH, SHERIFF AND TAX COLLECTOR
701 MURRAY ST., SUITE 301
ALEXANDRIA, LA 71301

September 15, 2020

!!! IMPORTANT !!!
NOTICE OF ARRAIGNMENT

TO: DAQUARIOUS D BROWN
3208 BELWOOD ST
ALEXANDRIA, LA. 71301-0000

RE: DOCKET NUMBER   349,775
STATE VS. DAQUARIOUS D BROWN
CHARGE:   1 CNT AGG FLIGHT FROM OFFICER
1 CNT HIT AND RUN

This is your formal notice to appear at the Rapides Parish Courthouse, Criminal Courtroom, 701 Murray Street, Alexandria, Louisiana, on **Friday, October 23, 2020 AT 8:30 A.M. for ARRAIGNMENT**, in the above captioned matter.

If you have hired an attorney in this case, your attorney is required to be present at your arraignment. If you are indigent (unable to hire an attorney), **you must apply IMMEDIATELY**, in person (DO NOT CALL), for the appointment of an attorney BEFORE your arraignment at the office of the Public Defender, 620 Murray Street, Alexandria, LA.

**FAILURE TO APPEAR SHALL RESULT IN BOND FORFEITURE AND AN ARREST WARRANT FOR YOUR IMMEDIATE ARREST FOR CONTEMPT OF COURT.**

Yours very truly,

MARK WOOD
SHERIFF OF RAPIDES PARISH

By: _Vicki Lionberger_____
                              Deputy

**NOTICE: ALL FINES AND COSTS IMPOSED SHALL BE IMMEDIATELY PAYABLE.**

BRING THIS NOTICE TO COURT

Si requiere un intérprete, por favor llame al número 318-473-6650 (preferible una persona que hable Ingles) y aviseles para que tengan uno presente el dia de corte. Tenga el número del registro/docket a la mano para que encuentren su caso rápidamente.



# PHILLIP TERRELL

**District Attorney**
Ninth Judicial District
Rapides Parish

Post Office Box 7358
Alexandria, LA 71306-7358
Telephone (318)473-6650
Facsimile (318)442-9276

Ms. Robin L. Hooter
Rapides Parish Clerk of Court
P. O. Box 952
Alexandria, Louisiana 71309

Please Accept this Letter as Notice To:

☐ NOLLE PROSEQUI                    ☐ RUN THROUGH
☑ RECALL BENCH WARRANT              ☐ DELAY DOCKET
☐ RECALL BENCH WARRANT AND BOND FORFEITURE    ☑ DISMISS CONTEMPT OF COURT
☐ RESET ARRAIGNMENT DATE _____

ADA ASSIGNED TO MOTION (ADA Name & # _____)

On the Following Case at My Authority:

STATE VS.: DAQUARIOUS D. BROWN

CHARGE: AGG FLIGHT FROM AN OFFICER; HIT AND RUN

DOCKET/DA NUMBER: 349,775; 119-1889; SEC-3

ARRAIGNMENT DATE: _____

FILED & RECORDED
2020 OCT 29 PM 1:16
BY [signature]
CLERK & RECORDER
RAPIDES PARISH
ROBIN L. HOOTER
CLERK OF COURT

THANK YOU,
PHILLIP TERRELL
DISTRICT ATTORNEY

BY: [signature]
ASSISTANT DISTRICT ATTORNEY

10/23/20
DATE WARRANT ISSUED

10/27/20
DATE

_____
DATE ARRESTED

PLEASE CONSIDER THIS LETTER YOUR AUTHORITY TO RECALL THE BENCH WARRANT ONLY AND/OR BENCH WARRANT AND BOND FORFEITURE DESCRIBED ABOVE.

[signature] Judge Greg Beard
JUDGE, 9TH JUDICIAL DISTRICT COURT, Division G

10/29/2020
DATE

CRIMINAL DOCKET NUMBER: **342-782, 348-030, and 349-775**
SECTION: **3** / DIVISION: **G**

*nolo plea*

STATE OF LOUISIANA      NINTH JUDICIAL DISTRICT COURT
VERSUS                             PARISH OF RAPIDES
**Daquarious Brown**       STATE OF LOUISIANA

### PLEA OF GUILTY AND WAIVER OF RIGHTS

*nolo plea in 349,775*

I, **Daquarious Brown**, desire to enter a plea of guilty to the charge(s) of: **342-782: 14:69(B)(1)   348-030: 14:69(B)(3) and 14:108.1   349-775 (NOLO) 14:108.1(C), 14:100(C)(2)**
and have been informed of and understand the charge(s) to which I am pleading, as well as the following rights:

1. My right to be represented by an attorney at each stage of these proceedings and if I cannot afford an attorney, one will be appointed to represent me at trial and on appeal;
2. My right to plead not guilty (or persist in that plea if already made) and go to trial by judge or jury;
3. At trial, the State would have the burden of proving my guilt beyond a reasonable doubt and I would have the right: to the assistance of an attorney, to confront and cross-examine witnesses against me, not to be compelled to incriminate myself and to subpoena witnesses to testify in my behalf;
4. By pleading guilty, there will be no trial because I am waiving my right to a trial and all the above rights I am entitled to at trial;
5. I understand the nature and elements of the crime I am charged with committing and by pleading guilty, I will be convicted of this offense which can be used to enhance the sentence of a future criminal conviction;
6. I understand the minimum/maximum sentence I could receive is: **342-782 - 14:69(B)(1) - 0 to 10 years   348-030 - 14:69(B)(3) - 0 to 5 years   349-775 (NOLO) 14:108.1(C) - 0 to 10 years   14:108.1 - 0 to 5 years   14:100(C)(2) - 0 to 10 years**
7. In exchange for my plea of guilty, I understand that I am to receive the following sentence: **348-030 - 14:69 - 5 years   342-782 - 14:69 - 5 years   14:108 - 5 years   349-775 - 14:108 - 5 years   14:100 - 5 years   All sentences to run concurrent and suspended / 3 years active probation**
8. Neither the State of Louisiana, my attorney or the Judge have made any promises to me concerning how much time I will serve or my eligibility for parole or good time.
9. If you are not a U.S. citizen, I understand that a conviction of a felony can result in my deportation and/or prevent me from entering the United States;
10. **DB** In exchange to the above charge and sentence bargained for, I understand this matter will be finalized and waive all rights to file any post trial motions including but not limited to an appeal of my conviction and sentence, along with Motions to Reconsider Sentence, New Trial, Amend Sentence, Request for Public Records on this case, and Post-Conviction Relief; also because I was advised of the rights listed above, I waive my right to request a free transcript of my guilty plea unless I state a particularized need;
11. I agree that I will not file any motions to alter this plea agreement, including, but not limited to, motions seeking to vacate my sentence, to reduce my sentence, to appeal any parts of my sentence, to undo or alter in any way any part of this plea agreement or my sentence or to withdraw my plea. If I file such motions, the State of Louisiana shall have the right to declare this plea agreement, in its entirety, to be null and void and to prosecute me for any original charge that was amended prior to any plea agreement being made with me.

I further declare my plea of guilty is free and voluntary, that no additional understandings, promises, or conditions have been entered into other than that contained in this plea of guilty and that this written agreement supercedes any prior understandings, promises or conditions.

I certify that I have explained the contents of this form to the defendant. I am satisfied the defendant understands these constitutional rights, as set forth above, and that the guilty plea is freely, voluntarily and intelligently made.

_____
Attorney for Defendant

This form has been explained to me and I understand all of my constitutional rights and the nature of the charge. I am freely and voluntarily pleading guilty.

**Daquarious Brown**       **4-20-2008**
Defendant                          Date of Birth
Current Address:
**3208 bellwood st**

I have advised the defendant in open court on this **13** day of **January**, 20**21**, of all the above mentioned constitutional rights, I am satisfied that the defendant understands these rights, that (s)he knowingly and intelligently waived these rights, that his/her plea is free and voluntary and not the result of force, threats or promises apart from this plea agreement, that the plea has a basis in fact and law and I will accept his/her plea of guilty.

_____
Judge, Ninth Judicial District Court
Judge Greg Beard

FILED IN OPEN COURT
**1-13**, 20**21**
Deputy Clerk of Court

1/2019

Plaintiff's Exhibit A Page 4 of 7

CRIMINAL DOCKET NUMBER: **342-782, 348-030, and 349-775**
SECTION: **3** / DIVISION: **6**

STATE OF LOUISIANA          NINTH JUDICIAL DISTRICT COURT

VERSUS          PARISH OF RAPIDES

**Daquarious Brown**          STATE OF LOUISIANA

### FELONY PLEA SENTENCING SHEET

___ DEFERRED the imposition of a SENTENCE under La.C.Cr.P. art. 893.

___ SERVE: ___ years with the Louisiana Department of Corrections, credit for time served.

**X** SUSPEND: **5** years with the Louisiana Department of Corrections, credit for time served.

**X** (Concurrent) with / Consecutive to _____

**X** PAY a fine of $ **1500** , plus court costs, due today; failing to do so will result in the issuance of an arrest warrant, then serving **30** days in the parish jail for default.

**X** ACTIVE SUPERVISED PROBATION for **3** years with the Louisiana Department of Public Safety and Corrections/Division of Probation and Parole with the conditions of probation as provided by La.C.Cr.P. art. 895 and 899.1 along with the following special conditions:

1. **X** Refrain from criminal conduct;

2. **X** Attend a probation orientation program with the Louisiana Department of Probation and Parole, Alexandria Division on **TBD** ~~at 6:00 p.m.~~, but shall report to the Office of Probation and Parole within twenty four (24) hours of today's date;

3. **X** Pay $60.00 a month to your probation officer as a probation supervision fee;

4. **X** Submit to and pay for all costs of random drug testing at the direction of your probation officer;

5. **X** Abide by a curfew of 10:00 p.m. until 6:00 a.m., unless adjusted by your probation officer;

6. **X** Do not consume any alcoholic beverages, un-prescribed controlled dangerous substances, or enter any bars, lounges or casinos;

7. ___ Pursuant to La.C.Cr.P. art. 895.1(E), pay a fee of $50.00, by money order payable to the LOUISIANA COMMISSION ON LAW ENFORCEMENT by _____;

8. ___ Undergo a SUBSTANCE ABUSE EVALUATION and successfully complete all recommendations for treatment at your own expense;

9. ___ Pay $ _____ to the 9th JDC Office of Public Defender by _____;

10. **X** Pay restitution of $ **5000.00** **4500 - Greg Searcy** **500 - Kayla Morgan** through **P and P**; **347-782**

11. ___ Obtain a GENERAL EDUCATION DIPLOMA (GED) or high school equivalency (HiSET), if not a high school graduate;

12. ___ Attend and successfully complete ANGER MANAGEMENT CLASSES with Allen Counseling Services;

13. ___ Perform ___ hours of court approved community service;

14. ___ Comply with all notification requirements of the SEX OFFENDER REGISTRATION (La.C.Cr.P. art. 895(H) and R.S. 15:540 et seq);

15. ___ Stay away from and refrain from initiating any CONTACT WITH THE VICTIM and the victim's family;

16. ___ The arresting agency is authorized to destroy any evidence seized during the investigation/arrest in this matter, including, but not limited to, any and all narcotics and/or drug paraphernalia.

17. ___ Cannot own or possession a firearm or ammunition during your sentence or probation, or for the period of time proscribed by law following completion of your sentence;

18. ___ _____

_Daquarious Brown_     _Michael Brewer_     _____
DEFENDANT          DEFENDANT ATTORNEY          PROSECUTING ATTORNEY

**Jan 13, 2021**
DATE

1/2019

RAPIDES   PARISH   CLERK   OF   COURT

CRIMINAL MINUTES           DATE: 1/19/2021                    PAGE:    1


STATE OF LOUISIANA                         CITY OF ALEXANDRIA

PARISH OF RAPIDES


**DOCKET: 349775-001   STATE OF LOUISIANA VS   BROWN, DAQUARIOUS DASHAWN**

   CNT:  1  BILLED: AGG FLIGHT FROM OFFICER   DISP: AGG FLIGHT FROM OFFICER
   CNT:  2  BILLED: HIT AND RUN               DISP: HIT AND RUN


DATE:10/23/2020  DIV: G     JUDGE:   GREG BEARD

   No appearance was made by accused or by attorney. State
   represented by C MAXWELL. State offered notice. Bench
   warrant was issued. Contempt bond set at 1,500.00. No R O R.
   Commercial or cash bond only.

   Approved: GREG BEARD              Attest: TIFFANY R. KING

   Judge: (      )                   Deputy Clerk of Court (      )



DATE:10/29/2020  DIV: G     JUDGE:   GREG BEARD

   Upon Motion of State, Bench Warrant was recalled by letter.
   Upon Motion of State, Contempt Dismissed by letter.

   Approved: GREG BEARD              Attest:

   Judge: (      )                   Deputy Clerk of Court (      )



DATE:11/04/2020  DIV: G     JUDGE:   GREG BEARD

   Accused present in open court with counsel M BREWER. State
   represented by C BOWMAN. Accused waived formal arraignment.
   Defendant entered plea of not guilty to all charge(s). Pre
   Trial set for January 13th 2021 at 09:00.

DATE: 1/13/2021  DIV: G     JUDGE:   GREG BEARD

(CONTINUED)                    1/19/2021                      PAGE:    2

DOCKET: 349775-001   STATE OF LOUISIANA VS   BROWN, DAQUARIOUS DASHAWN

        Accused present in open court with counsel M BREWER. State
represented by C BOWMAN. Accused withdrew his former plea of
not guilty to AGG FLIGHT FROM OFFICER. Accused withdrew his
former plea of not guilty to HIT AND RUN. Accused entered a
plea of nolo contendere as to AGG FLIGHT FROM OFFICER.
Accused entered a plea of nolo contendere as to HIT AND RUN.
State filed petition for guilty plea. The accused was sworn.
Accused gave date of birth as April 20th 2000. Court
informed the accused of the nature of the charge and
explained their constitutional and statutory rights,
including, among others, the right to be represented by an
attorney at each stage of the proceedings and if he/she
could not afford an attorney, one would be appointed to
represent him/her; the right to a trial by judge or jury and
at the trial, the right to the assistance of an attorney, to
confront and cross-examine witnesses against him/her, not to
be compelled to incriminate themselves, and to subpoena
witnesses to testify in their behalf; that post conviction
applications must be filed within two (2) years of the date
the judgment of conviction and sentence become final. Court
further inquired of the defendant and/or attorney whether
they were informed of all plea offers made by the State.
Accused stated they heard, understood and waived these
rights. This explanation and waiver was recorded and
preserved. Court accepted the accused plea. Court sentenced
accused for AGG FLIGHT FROM OFFICER. HIT AND RUN. Accused is
to pay a fine of  1500.00 - Concurrent. Accused is to pay
Court Cost of   495.00 - Concurrent. Due by January 13th
2021. Default 30 daus Parish Prison. Court sentenced accused
to be committed to the Louisiana Department of Corrections.
Accused to serve 005 Year(s). Sentence is to be served at
Hard Labor. Sentence is to run concurrent. Jail Term
suspended. Accused placed on Supervised probation through
the Probation & Parole Board 003 Year(s) under article 895
Special Conditions are: No CDS, alcohol, bars, lounges, or
casinos. Refrain from criminal conduct. Pay $60.00 per month
supervision fee. Random drug testing. Curfew from 10:00 PM
to 6:00 AM. Report to probation within 24 hours. Concurrent
with dockets #342,782 and #348.030. Abide by administrative
sanctions under the guidelines provided in the LA. C.Cr.P.
Article 899.1.

Approved: GREG BEARD                Attest: TIFFANY R. KING

Judge: (    )                       Deputy Clerk of Court (    )

STATE OF LOUISIANA, PARISH OF RAPIDES
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS
A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE
AND OF RECORD IN THIS OFFICE.
IN FAITH, WHEREOF, WITNESS MY HAND AND SEAL OF
OFFICE, AT ALEXANDRIA, LOUISIANA, THIS _____
DAY OF _____ A.D., 20___
ROBIN L. HOOPER
BY _____
BY. CLERK OF COURT