

June 17, 2020

## GENERAL ORDER 20-01

To: All Sworn Personnel

From: Jerrod D. King, Chief of Police

Re: Neck Restraints/Chokehold

To All Officers:

Effective immediately, no officer shall apply any type of neck restraint/chokehold to any individual unless the situation is one where the use of lethal force is reasonable or if the officer or another person is in **immediate danger** of suffering great bodily harm.

Jerrod D. King
Chief of Police

Jeffrey W. Hall
Mayor

Jerrod D. King
Chief of Police
Post Office Box 7627
Alexandria, Louisiana 71306
Tel (318) 441-6401 · Fax (318) 441-6520
e-mail: jerrod.king@cityofalex.com

Plaintiff's Exhibit D Page 1 of 1