**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **DAQUARIOUS DASHAWN BROWN** | **CASE NO. 1:20-CV-00541** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CITY OF ALEXANDRIA ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**MINUTES OF COURT:**
Motion Hearing

| | | | |
|---|---|---|---|
| Date: | January 18, 2022 | Presiding: | Magistrate Judge Joseph H. L. Perez-Montes |
| Court Opened: | 3:00 p.m. | Courtroom Deputy: | Greta Roaix |
| Court Adjourned: | 3:40 p.m. | Court Reporter: | ZOOM recording |
| Statistical Time: | 00:40 | Courtroom: | VTC - ZOOM |

**APPEARANCES**

| | | |
|---|---|---|
| Brett L Grayson | For | Plaintiff |
| Joshua J Dara Jr & H Bradford Calvit | For | Defendants |

**PROCEEDINGS**

Motion Hearing (rec. doc. 45 & 67)

**RULINGS/COMMENTS:**

The First MOTION to Compel *Discovery*, MOTION for Attorney Fees [ECF 45] and MOTION to Compel Discovery [ECF 67] are, **TAKEN UNDER ADVISEMENT**.