**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **DAQUARIOUS DASHAWN BROWN** | **CASE NO.  1:20-CV-00541** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CITY OF ALEXANDRIA ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## NOTICE OF MOTION SETTING

The Motions for Summary Judgment (Document No. 86 & 87) filed by Jarrod Daniel King, City of Alexandria on April 22, 2022, have been referred to the Honorable David C. Joseph.

### Deadlines

Any response to said motion is due within twenty-one **(21) days after service of the motion** in accordance with LR 7.5. A reply to the response limited **SOLELY** to matters raised by the opposition may be filed within five **(5) days** thereafter. Replies to responses are limited to seven (7) pages. Any party filing no brief will be deemed not to oppose the motion. At the close of the briefing period, the record will be submitted to the Judge for consideration and a hearing date for oral argument, if any, will be set.

### Oral Argument

Requests for oral argument will be considered on a case-by-case basis and may be made by the parties or *sua sponte* by the Court. Oral argument notwithstanding, responses and briefs should <u>fully address</u> all pertinent issues. The parties will be notified at least seven (7) days in advance of any oral argument on pending motions.

**ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER SHALL REMAIN IN PLACE UNLESS OTHERWISE ORDERED BY THIS COURT.**

If the parties resolve any matters raised in the motion, the moving party should immediately notify chambers at (318) 484-1200 and file a motion to withdraw motion into the record.

**DATE OF NOTICE: April 22, 2022**

TONY R. MOORE
CLERK OF COURT